## Commonwealth *v.* Dittert, Appellant.

Submitted March 16, 1970. *Robert A. Godwin,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.